No. 758.   ALLEN *v.* COMMISSIONER OF INTERNAL REVENUE.   March 25, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Edward H. Green* and *Lawrence A. Baker* for petitioner. *Attorney General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Lee A. Jackson,* and *Richard H. Demuth* for respondent.

No. 772.   SUMMER *v.* MANUFACTURERS TRUST Co. March 25, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioner. *Mr. Dan Gordan Judge* for respondent.

No. 775.   HANOVER FIRE INSURANCE Co. *v.* NEWMAN'S, INC.   March 25, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Dan MacDougald* for petitioner. *Mr. A. C. Wheeler* for respondent.

No. 784.   KEIG, TRUSTEE IN BANKRUPTCY, *v.* LAKE SHORE ATHLETIC CLUB MEMBERS' COMMITTEE ET AL. March 25, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Roy Massena* and *Donald N. Schaffer* for petitioner. *Mr. Roy D. Keehn* for respondents.

No. 785.   LOWMAN *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL.   April 1, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma*